IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

PABON GONZALEZ,

    Plaintiff,

v.

    Case No. 18-cv-787-jdp

C.O. WETTER,
ALL SUPERVISORS WHOM'S TO BE
RESPONSIBLE AND B.K.,

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

| /s/ | 7/15/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |